■ EULA L. CARBURY, Appellant, v. NORMAN D. ARCHER, Individually and as Executor of VIOLET B. EDWARDS, Deceased, et al., Respondents.— Motion by appellant for leave to appeal as a poor person, denied. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

·· ■ MAX FINESMITH, Respondent, v. NETTIE FINESMITH, Appellant.— Motion by appellant for leave to appeal as a poor person granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of her typewritten brief and to serve one copy on the respondent's attorney. Melvin Weinberger, Esq., having stipulated to serve without compensation, except such as may be allowed by the court, is assigned as counsel to prosecute the appeal. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ AUGUSTINE FICARRA, Respondent, v. WILLIAM SESTAK, Appellant.— Motion by respondent to dismiss appeal denied, on condition that appellant perfect the appeal and be ready to argue or submit it at the September Term, beginning September 6, 1961; appeal ordered on the calendar for said term. Appellant's brief must be served and filed on or before August 1, 1961. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ ABRAHAM GREENFIELD, Respondent, v. REALTY FUNDS, INC., et al., Appellants.— Motion by respondent to dismiss appeals denied, on condition that appellants perfect the appeals and be ready to argue or submit them at the September Term, beginning September 6, 1961; appeals ordered on the calendar for said term. The record and appellants' brief must be served and filed on or before July 17, 1961. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ DAVID GRIFFIN, an Infant, by GRACE GRIFFIN, His Guardian ad Litem, et al., Appellants, v. HARRY CROSS, Respondent.— Motion by appellants to dispense with printing granted. The appeal will be heard on the original papers and on appellants' typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellants are directed to file six copies of their typewritten brief and to serve one copy on the respondent's attorneys. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ (A) ANITA C. HERSHFIELD, Appellant, v. MOE KOSSEFF et al., Respondents. Nolan, P. J., Beldock, Kleinfeld, Christ and Brennan, JJ., concur. (B) BARBARA KARMANN, Appellant, v. GEORGE LOUGHRAN, Respondent. (C) ELEANOR LASTER, Individually and as Guardian ad Litem of JEFFREY LASTER, an Infant, Appellants, v. LOUIS KATROSAR, Respondent. (D) LILLIAN A. SCHUPP, Appellant, v. VILLAGE OF PORT CHESTER, Respondent, et al., Defendant. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.— [In each action] Motion by respondent to dismiss appeal granted, with $10 costs; appeal dismissed.

■ In the Matter of JAMES P. BOGAN, Appellant, v. MUNICIPAL CIVIL SERVICE COMMISSION OF THE CITY OF WHITE PLAINS et al., Respondents.— Motion by appellant to dispense with the printing of certain exhibits, granted; the originals to be submitted on the argument of the appeal. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.